ALBERT I. COLLENS, Respondent, v. PHILIPSBORN'S, INC., Appellant.

*Set-off — assignment — right of set-off defeated by assignment of demand of opposite party before maturity of claim.*

Collens v. Philipsborn's, Inc., 209 App. Div. 483, affirmed.

(Submitted December 16, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for goods sold and delivered to defendant, the claim for which plaintiff held by assignment. The question on appeal was whether defendant was entitled to assert, as against plaintiff, a counterclaim for the amount of an extra discount to which it was entitled under its contract with the vendor but which had not matured at the time of the assignment.

*M. A. Willment* for appellant.

*David M. Palley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

MARTHA A. GAINES, Individually and as Executrix of ABIGAIL A. HUYLER, Deceased, Appellant, v. FRANK DE K. HUYLER et al., Individually and as Executors and Trustees under the Will of JOHN S. HUYLER, Deceased, et al., Respondents.

*Limitation of actions — action to recover certificate of stock and for accounting as to dividends — when barred by Statute of Limitations.*

Gaines v. Huyler, 206 App. Div. 777, affirmed.

(Argued December 17, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 12, 1923, affirming a judgment in favor of defendants entered upon a dismissal of the